UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **55243-004**

UNITED STATES OF AMERICA )
               Plaintiff ) Case Number: CR **00-4057-SNOW**
                         ) REPORT COMMENCING CRIMINAL
      -vs-               ) ACTION
**CHETWOOD JOHNSON** )
               Defendant

FILED by _____ D.C.
MAR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office     MIAMI    (FT. LAUDERDALE)    W. PALM BCH.
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **3-17-00** am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **BANK FRAUD COUNTERFIET CHECKS**

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **5-4-74**

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint   To be filed/Already filed
    Case# **TO BE FILED**

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SD/FL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks:

(8) Date: _____         (9) Arresting Officer: **KENT HUKILL / ANN M. SAUNDERS**
(10) Agency: **FBI**         (11) Phone: _____
(12) Comments: