COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: CHETWOOD JOHNSON (J)          CASE NO:    00-4057-SNOW

AUSA: MATTHEW MENCHEL / _Mitrani_    ATTY: _Leonardo Lopez_

AGENT: FBI                          VIOL: BANK FRAUD

PROCEEDING I/A ON COMPLAINT         RECOMMENDED BOND  50,000 CSB

BOND HEARING HELD – yes/(no)         COUNSEL APPOINTED  FPD

_____ BOND SET @  100,000  PSB

_____ SPECIAL CONDITIONS:

1) To be cosigned by: wife + parents

2) Rpt to PTS / x's a (wk)/month by phone; / x's a wk/(month) in person

3) Travel extended to:

4) Not to sell or encumber residence

5) drug testing as directed by PTS

Advised of charges – sworn for counsel

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

_____ PTD/BOND HRG:

_____ PRELIM/ARRAIGN:  3-30  //  Snow ✓

_____ REMOVAL HRG:

_____ STATUS CONF:

Date: 3-20-00   Time 11:00   FTL/LSS TAPE #00- 016   Begin: 206   End: 615