```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6087-CR-FERGUSON

UNITED STATES OF AMERICA

        vs

                                    ARRAIGNMENT INFORMATION SHEET
CHETWOOD JOHNSON
```

[FILED stamp: APR 7 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
DEFENDANT:              Address: ON BOND FORM
                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:    FEDERAL PUBLIC DEFENDER

                        Address:_____
                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____

Bond hearing held: yes_____  no____ Bond hearing set for_____

Dated this   7TH   day of   APRIL         ,2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: ____Jenny Butler____
                                        Deputy Clerk

                                    Tape No. U00-020
```

cc: Copy for Judge
    U. S. Attorney

