COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CHETWOOD JOHNSON (B)          CASE NO: 00-6087-CR-FERGUSON
AUSA: BERTHA MITRANI /pres/          ATTY: FPD Bendres for Swanger
AGENT:                                VIOL:
PROCEEDING ARRAIGNMENT                RECOMMENDED BOND
BOND HEARING HELD - yes/no            COUNSEL APPOINTED
    BOND SET @
    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS      x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
[illegible]
[illegible] requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:                         ✓
                          STATUS CONF:    4-24    //    BSS

                          FTL/LSS
Date: 4/7/00   Time 9:30  TAPE #00-       Begin:        End:

FILED by APR - 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

24