## COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Chetwood Johnson (B)   CASE NO: 00-6087-CR-Ferguson

AUSA: Bertha Mitrani /Rosenbaum   ATTNY: FPD Amargon

AGENT: ___   VIOL: ___

PROCEEDING: Arraignment on SS Indictment   BOND REC: ___

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___

BOND SET @ ___

FILED by ___ D.C.
APR 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

will be a plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: already set for 4by

DATE: 4-19-00   TIME: 11:00am   TAPE # 00-030   PG # 2

270-285

32