

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6087-CR-Ferguson(s)

UNITED STATES OF AMERICA

       vs

Chetwood Johnson

<u>ARRAIGNMENT INFORMATION SHEET</u>

    The above named Defendant appeared before Magistrate Judge Barry s
Seltzer on    4-19-00   , where the Defendant was arraigned and a
plea of NOT GUILTY was entered.  Defendant and court-appointed/retained
counsel of record will be noticed for trial by the District Court Judge
assigned to this case.  The following information is current as of this date

DEFENDANT:        Address:_____SEE BOND_____

                       _____

                   Telephone:_____

DEFENSE COUNSEL:   Name:_____FPD_____

                   Address:_____

                       _____

                   Telephone:_____

BOND SET/CONTINUED:  $_____Cont'd on bond as set_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this_____19_____day of_____April_____, 2000__.

                        CLARENCE MADDOX
                        COURT ADMINISTRATOR/ CLERK

                        By:_____

                        Deputy Clerk

                        Tape No._____00-030_____

cc: Clerk for Judge
    U. S. Attorney