FILED by
SEP 22 200_

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00- 6087-CR-WDF

DEFENDANT Chatwood Johnson          JUDGE    WILKIE D. FERGUSON

Deputy Clerk    TROY T. WALKER          DATE September 21, 2000

Court Reporter ~~Paul Hafering~~ Anita LaRocca    USPO Frank Smith

AUSA Bertha Johnson          Deft's Counsel Samuel Morgan

COUNTS DISMISSED    All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited ✓

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to Appeal

### JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts

Supervised Release _____

Probation    Years    Months    Counts
             3

Comments 2 month Halfway House & 3 month
Home Confinement.
(See F; C para deleted)

Assessment $ 100.00          Fine $ 2,000.00

Restitution /Other _____

### CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

68