# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| CHETWOOD JOHNSON, (J) 55243-004 | Case Number: 0:00CR06087-002 |
| | Bertha Mitrani, AUSA / Samuel J. Smargon, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **One of the Indictment**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to make, utter and possess counterfeit and forged securities of an organization. | 03/17/2000 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ **N/A**

☒ Count(s) **All Others** (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 | 09/21/2000 |
|---|---|---|
| Defendant's Date of Birth: | 05/04/1974 | Date of Imposition of Judgment |
| Defendant's USM No.: | 55243-004 | |

Defendant's Residence Address:
**378 East Dayton Circle**

**Fort Lauderdale  FL  33312**

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

9/21/00
Date

Defendant's Mailing Address:
**378 East Dayton Circle**
**Fort Lauderdale  FL  33312**

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/22/00



'00 OCT 16 A9:56

No further action required by the U.S. Marshals Service.

JAMES A. TASSONE
UNITED STATES MARSHAL

SDUSM

ED, PURCHASE