# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
v.
**CHETWOOD JOHNSON, (J) 55243-004**

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06087-002**

Bertha Mitrani, AUSA / Samuel J. Smargon, AFPD
Defendant's Attorney

**Date of Original Judgment:** 09/21/2000
(or Date of Last Amended Judgment)

**Reason for Amendment:**
- [ ] Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
- [ ] Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))
- [x] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- [ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. § 2255, [ ] 18 U.S.C. § 3559(c)
- [ ] Modification of Restitution Order

**THE DEFENDANT:**
- [x] pleaded guilty to count(s)  **One of the Indictment**
- [ ] pleaded nolo contendere to count(s) _ which was accepted by the court.
- [ ] was found guilty on count(s) _ after a plea of not guilty.

SEP 28 2000

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to make, utter and possess counterfeit and forged securities of an organization. | 03/17/2000 | 1 |

SEP 29 AM 9:46 RECEIVED

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [x] The defendant has been found not guilty on count(s)  **N/A**
- [x] Count(s) __All Others__ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 05/04/1974
Defendant's USM No.: 55243-004
Defendant's Residence Address:
**378 East Dayton Circle**
**Fort Lauderdale**   FL   33312

Defendant's Mailing Address:
**378 East Dayton Circle**
**Fort Lauderdale**   FL   33312

Date of Imposition of Judgment

Signature of Judicial Officer

Name & Title of Judicial Officer

Date: September 27, 2000

73

FILED
'00 OCT 16 A9:55

No further action **required by**
the U.S. Marshals **Service.**

JAMES A. TASSONE
UNITED STATES MARSHAL

ED. PURCHASE
SDUSM