PROB 12B
(SD/FL 9/96)

SD/FL FACTS No. 63195

# UNITED STATES DISTRICT COURT

for

### SOUTHERN DISTRICT OF FLORIDA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Chetwood Johnson                Case Number: 00-6087-CR-FERGUSON(s)

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge
U. S. District Court, Ft. Lauderdale

Date of Original Sentence: September 21, 2000

Original Offense:  Count One: Conspiracy to Make, Utter and Possess Counterfeit and Forged Securities of an Organization, in violation of Title 18 U.S.C. § 371, a Class D felony.

Original Sentence: Three (3) years probation. Special conditions: 1) Home Confinement Electronic Monitoring for a period of 3 months; 2) Reside in a Halfway House for a period of 3 months as designated by the U. S. Probation Office, and shall observe the rules of that facility; 3) Maintain full time legitimate employment and not be unemployed for a term of more than 30 days; 4) Obtain prior approval from the U. S. Probation Officer before entering into any self-employment; 5) Full financial disclosure; 6) Restitution in the amount of $2,000, and a $100 special assessment.

Type of Supervision: Probation                Date Supervision Commenced: September 21, 2000

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

The defendant shall participate in the Home Detention Electronic Monitoring Program for up to 140 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U. S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer. In addition the defendant shall pay cost of electronic monitoring equipment at the rate of $4.25 per day.



PROB 12B
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Chetwood Johnson        Case Number: 00-6087-CR-FERGUSON(s)

## CAUSE

**Violation of Special Condition,** by failing to participate in the community correctional facility. On or about December 2, 2000, the probationer was unsuccessfully discharged from the Dismas House Charities Community Correctional Center for lying to staff in reference to employment.

On December 2, 2000 the defendant told staff that he was going to work. He was then authorized to leave the facility. It was later learned the defendant was not at work, and was subsequently discharged from the facility for lying to staff. We are recommending that the balance of time left at the Halfway House be served on electronic monitoring, followed by the 90 days electronic monitoring previously ordered. The defendant signed a Probation Form 49 Waiver of Hearing, and it is attached for your review.

Respectfully submitted,

by John E. Minnelli
U.S. Probation Officer
Date: December 6, 2000

Approved by: Carolyn M. Gamble, Supervising
U. S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above

# UNITED STATES DISTRICT COURT

for

### SOUTHERN DISTRICT OF FLORIDA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Chetwood Johnson          Case Number: 00-6087-CR-FERGUSON(s)

[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

01/09/01
_____
Date