# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
v.
**CHETWOOD JOHNSON, (J) 55243-004**

**Date of Original Judgment:** 09/21/2000
(or Date of Last Amended Judgment)

### Reason for Amendment:
- [ ] Correction of Sentence on Remand (Fed R Crim P 35(a))
- [ ] Reduction of Sentence for Changed Circumstances (Fed R Crim P 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed R Crim P 35(c))
- [x] Correction of Sentence for Clerical Mistake (Fed R Crim P 36)

### AMENDED JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06087-002**

**Bertha Mitrani, AUSA / Samuel J. Smargon, AFPD**
Defendant's Attorney

- [ ] Modification of Supervision Conditions (18 U S C § 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U S C § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U S C § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant to [ ] 18 U S C § 3559(c)(7), or [ ] 28 U S C § 2255, [ ] Modification of Restitution Order

### THE DEFENDANT:
- [x] pleaded guilty to count(s) **One of the Indictment**
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to make, utter and possess counterfeit and forged securities of an organization. | 03/17/2000 | 1 |

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant

- [x] The defendant has been found not guilty on count(s) _____ N/A
- [x] Count(s) **All Others** (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 05/04/1974
Defendant's USM No.: 55243-004
Defendant's Residence Address:
*378 East Dayton Circle
Fort Lauderdale  FL  33312

Defendant's Mailing Address:
*378 East Dayton Circle
Fort Lauderdale  33312

Date of Imposition of Judgment: 07/31/2001

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

Date: July 31, 2001

Date: 8/6/01

FILED BY

'01 AUG 10 P2:07

CLARENCE MADDOX

No further action required by the U.S. Marshals Service.

James A. Tassore
UNITED STATES MARSHAL

John Walker ASDUSM