PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 63195

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

JAN 1 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Chetwood Johnson          Case Number: 0:00CR-06087-002

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U. S. District Judge

Date of Original Sentence: September 21, 2000

Original Offense:     Conspiracy to make, utter and possess counterfeit and forged securities of an organization. Title 18 USC § 371, a Class D felony

Original Sentence:    Three (3) years probation, special conditions electronic monitoring, CCC placement, maintain full-time legitimate employment and not be unemployed for more than 30 days, obtain prior approval from U. S. Probation Officer before entering into any self-employment, financial disclosure and fine of $2,000.

Type of Supervision: Probation          Date Supervision Commenced: 9-21-00

# PETITIONING THE COURT

[]     To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:

"The defendant shall participate in the home detention electronic monitoring program for a period of 90 days. During this time the defendant shall remain at his place of residence execpt for employment and other activities approved in advance by the U. S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", "a modem", "caller Id" or "Call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the U. S. Probation Officer."



PROB 12B                                            SD/FL PACTS No. 63195
(SD/FL 9/96)

## CAUSE

**VIOLATION OF STANDARD CONDITION, by failing to notify the probation officer of a change of employment.** On or about June 8, 2001, the probationer left employment with Joe Hillman Plumbing and he failed to notify the probation office. Furthermore on October 3, 2001, the probationer left employment with Drain Away and he failed to notify the probation officer.

Respectfully submitted,

by:

Warren S. Metcalf
U.S. Probation Officer
Phone: (954) 769-5578
Date: December 27, 2001

WSM/cdd
Attachments
**REVIEWED BY:**
Jeris L. Smith, Supervising
U. S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

Jan. 10, 2002
_____
Date

**United States Government**
**M E M O R A N D U M**

**DATE:**    December 27, 2001

**FROM:**    Warren S. Metcalf, U. S. Probation Officer
Hollywood, FL (954) 769-5578

**SUBJECT:**    **JOHNSON, Chetwood**
**Docket No.  0:00CR-06087-002**
**SD/FL PACTS No.  63195**

**TO:**    The Honorable Wilkie D. Ferguson, Jr., U. S. District Court
Ft. Lauderdale, FL

### REQUEST TO MODIFY CONDITIONS OF SUPERVISION

On January 9, 2001, Your Honor modified the conditions of supervision at our request as Mr. Johnson violated the conditions of his release at Dismas House, CCC, and was subsequently unsuccessfully discharged on December 2, 2000. As a result his supervision was modified to electronic monitoring for the balance of the term he had remaining at Dismas. He successfully completed his electronic monitoring on June 7, 2001.

On June 8, 2001, Mr. Johnson was terminated from his employment at Joe Hillman Plumbing and he subsequently did not inform this officer of this change of employment until June 22, 2001. On that date he was counseled as to his responsibilities as a standard condition of probation to notify his probation officer 10 days prior to any change in employment. He subsequently found new employment at Drain Away, Inc., as a plumber and again on October 3, 2001, I was informed by the owner of Drain Away that she had terminated Mr. Johnson's employment. Mr. Johnson informed this officer of change of employment on October 10, 2001. Due to his unemployment he has not made a fine payment since August 24, 2001.

Respectfully submitted,



PROB 49
(3/89)

SD/FL PACTS #63195

# UNITED STATES DISTRICT COURT

## Southern District of Florida

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of **90** days. During this time the defendant shall remain at this his/her place of residence except for employment and other activities approved in advance by the United States Probation Officer. The defendant shall maintain a telephone at his/her place of residence without "call forwarding", "call waiting", a modem "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer.

Witness: _____
U.S. Probation Officer
Warren S. Metcalf

Signed: _____
Probationer or Supervised Releasee
Chetwood Johnson

_____
November 21, 2001
Date