

FILED by _____ D.C.

MAR 18 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

      Plaintiff(s)

**vs.**

**CHETWOOD JOHNSON**

      Defendant(s).

_____/

**Case No. 00-6087-CR-FERGUSON**

### NOTICE OF HEARING

    **PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **VIOLATIN OF SUPERVISED RELEASE** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on April 23, 2002 at 9:00 A.M.** Thirty (30) minutes have been reserved for this matter.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___18th___ day of March, 2002.

                        KAREN GARDNER
                        DEPUTY CLERK

copies provided:
Bertha Mitrani, AUSA
Sam Smargon, AFPD