# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: CHETWOOD JOHNSON (surrender)   CASE NO: 00-6087-CR-Ferguson

AUSA: Duty / Laurie Rucoba   ATTY:

AGENT: USPO: Metcalf   VIOL: Violation of Probation

PROCEEDING: Initial Appearance   RECOMMENDED BOND:

BOND HEARING HELD: yes / no   COUNSEL APPOINTED: FPD

BOND SET @: $25,000 PSB   To be cosigned by:

FILED BY INTAKE  MAR 29 2002  CLARENCE MADDOX  CLERK U.S. DIST. CT.  S.D. OF FLA · FT. LAUD.

- [x] Do not violate any law.
- [x] Appear in court as directed.
- [x] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to USPO as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- [x] Random urine testing by USPO. ✓ Treatment as deemed necessary.
- [x] Maintain or seek full-time employment.
  ✓ — electronic monit will be cont'd
- [ ] No contact with victims / witnesses.
- [x] No firearms.
  — reside at curr. address
- [ ] Curfew:
- [x] Travel extended to: SD/FL
  + no illegal drugs or excessive alcohol
- [ ] Halfway House

- X - advised of charges
- X - sworn for counsel

Earns $400 a week
no bank accts.

Partially indigent —
$100 into Reg of Ct.
w/in 60 days

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:   ∧ final revoc. hrg before WDF
PTD/BOND HEARING:   USPO to contact chambers
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: re partial indigence  6-3-02  11:00am  BSS

DATE: 3-29-02   TIME: 11:00am   FTL/LSS TAPE # 02-02- 020   Begin: 3608   End: 3690

021
1-250