UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6087-CR-Ferguson

UNITED STATES OF AMERICA

vs
Chatwood Johnson

O R D E R

_____/    Appointing Counsel
_____/    Ratifying Prior Service
_____/    Extending Appointment
            for Appeal
_____/    Substituting Counsel
_____
            (prior counsel)

FILED by _____ D.C.
INTAKE

MAR 2 9 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.

CHARGE:_____ Violation of Probation _____
_____/Felony                    _____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL   33301
Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 29 ___ day of March _____,2002 .

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
     FPD
     Pretrial Services

