FILED by [illegible] D.C.
APR 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR. Presiding

Case No. 00-6087-CR-FERGUSON Date: April 23, 2002

Clerk: Karen Gardner Reporter: Anita La Rocca

USPO: Warren Metcalf Interpreter: N/A

**UNITED STATES OF AMERICA vs.** CHETWOOD JOHNSON

AUSA: Bertha Mitrani

Defendant(s) Counsel: Sam Smargon, AFPD

Defendant(s) Present X Not Present ______ In Custody ______

Reason for hearing: **VIOLATION OF SUPERVISED RELEASE**
Conditions of probation modified by adding 6 mths to the term, 3 mths in the halfway house, Continue employment and child support; while in halfway

Result of hearing: house he is permitted to work, [illegible] visitation w/ child on weekends; while 6 [illegible] permitted to leave only w/ prior approval of USPO; Electronic Monitoring terminated

Case Continued to: ______________ Time: ________ P.M. ________________

