APR 2 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
　　　　　Plaintiff,

Vs.　　　　　　　　　　　Case No.  00-6087-CR-FERGUSON

CHETWOOD JOHNSON (B)
　　　　　Defendant.
_____/

## MODIFICATION OF CONDITIONS FOR PROBATION

On July 31, 2001 the defendant was sentenced to three (3) years probation.  The defendant having now been duly brought before the court for a hearing upon a petition of the Probation Officer for revocation, it is found that he has violated conditions of his supervised release term.  It is therefore,

**ORDERED AND ADJUDGED** that the defendant's term of probation is hereby ***Modified*** with the conditions imposed as follows:

1.　　Six (6) months probation added to the current term of three (3) years.

2.　　Three (3) months confinement to be served in a half-way house.

3.　　The defendant shall maintain employment and continue to pay child support.

4.　　While in the half-way house the defendant is allowed to work and may have reasonable visitation with his child on weekends

5.　　The defendant is not permitted to leave his work site without prior approval of the United States Probation Office

6.　　Electronic Monitoring is terminated for purposes of this modification.

All other conditions remain unchanged by this order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of

April,  2002.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILKIE D. FERGUSON, JR.,
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE




cc: Bertha Mitrani, AUSA,
Sam Smargon, AFPD.,
USPO
 U.S. Marshal Service